UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Michael J. Bailey,

            Plaintiff,

vs.

County of Kittson, Kenny Hultgren, Lou Ann Dalzell, Steve Porter, City of Hallock, Dale Hanson, Pennington County, Michael Hruby, James Van Schaick, City of Thief River Falls, City of Thief River Falls Chief of Police, Gerald Hanson, Charles Lindgren, Ryan Kezar, Northwest Medical Center, Ellie Wiemerslage, Mary McEnelly, Timothy Rittenour, Marlene Beedy, Nichole Weinen, Kathy Mercil, Sharon Benson, Amanda Peterson, Unknown Records Department Personnel and Unknown Persons,

            Defendants.

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

Civ. No. 07-1939 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Motion of the City Defendants for Summary Judgment [Docket No. 83] is granted.

2.      That the Motion of the Kittson and Pennington County Defendants for Summary Judgment [Docket No. 92] is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                        s/Ann D. Montgomery
                                        _____
                                        Ann D. Montgomery, Judge
                                        United States District Court

DATED: February 5, 2009
At Minneapolis, Minnesota